AO 241 (Rev. 06/13)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: | FILED '23 03 08 AM09:26 MDGA-MAC |
|---|---|---|
| Name (under which you were convicted): Quanesha Cummings | | Docket or Case No.: RC2022CR020093 |
| Place of Confinement: Columbus, GA Jail | | Prisoner No.: 0220001014 |
| Petitioner (include the name under which you were convicted) Quanesha Cummings | v. | Respondent (authorized person having custody of petitioner) Columbus, GA jail (Muscogee County) |
| The Attorney General of the State of Georgia | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Columbus, GA
   700 E 10th St
   Columbus, GA 31901

   (b) Criminal docket or case number (if you know): RC2022CR020093

2. (a) Date of the judgment of conviction (if you know): 11/4/22 prelim hrg 11/16/22

   (b) Date of sentencing: no sentence given

3. Length of sentence: no sentence ~~recommended~~

4. In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   n/a not convicted or sentenced. Still in custody, requesting relief on time served.
   Theft by taken code 16-8-2
   Requesting immediate release from Muscogee County jail located Columbus, ga 700 E 10th St 31901

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty      ☒ (3) Nolo contendere (no contest)
   ☐ (2) Guilty          ☐ (4) Insanity plea

AO 241 (Rev. 06/13)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

no contest (my plea)

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes ☑ No

8. Did you appeal from the judgment of conviction?

☐ Yes ☑ No

9. If you did appeal, answer the following:

(a) Name of court: n/a

(b) Docket or case number (if you know): n/a

(c) Result: n/a

(d) Date of result (if you know): n/a

(e) Citation to the case (if you know): n/a

(f) Grounds raised: n/a

(g) Did you seek further review by a higher state court? ☐ Yes ☑ No

If yes, answer the following:

(1) Name of court: n/a

(2) Docket or case number (if you know): n/a

(3) Result: n/a

(4) Date of result (if you know): n/a

(5) Citation to the case (if you know): n/a

(6) Grounds raised: n/a

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): n/a

(2) Result: n/a

(3) Date of result (if you know): n/a

(4) Citation to the case (if you know): n/a

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: n/a

(2) Docket or case number (if you know): n/a

(3) Date of filing (if you know): n/a

(4) Nature of the proceeding: n/a

(5) Grounds raised: n/a

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: n/a

(8) Date of result (if you know): n/a

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: n/a

(2) Docket or case number (if you know): n/a

(3) Date of filing (if you know): n/a

(4) Nature of the proceeding: n/a

(5) Grounds raised: n/a

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: n/a

(8) Date of result (if you know): n/a

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: n/a

(2) Docket or case number (if you know): n/a

(3) Date of filing (if you know): n/a

(4) Nature of the proceeding: n/a

(5) Grounds raised: n/a

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: n/a

(8) Date of result (if you know): n/a

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☑ No
(2) Second petition:  ☐ Yes   ☐ No
(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

first-time petition

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** I was arrested 11/4/22 on theft by taken (misdemeanor) given a bond way too high of 20,000. Asking court to let me go. I have been here 102 days.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was arrested on theft by taken misdemeanor charge. November 4, 2022. I've been in jail its now 2/12/23 way too long. I know my time has been up and jail keeps making up lies and putting incorrect case # to keep me in here. I'm not the only one. I'm being abused as well as other ladies in unit. We are mothers and daughters we want to get back to our life. Jail is holding me too long in Columbus, Ga jail. Muscogee county.

(b) If you did not exhaust your state remedies on Ground One, explain why:

not sure of question. Asking to be let out of jail. I have serve my time for charge.

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

    (2) If you did not raise this issue in your direct appeal, explain why: n/a

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes  ☑ No

    (2) If your answer to Question (d)(1) is "Yes," state: n/a

    Type of motion or petition: n/a

    Name and location of the court where the motion or petition was filed: n/a

    Docket or case number (if you know): n/a

    Date of the court's decision: n/a

    Result (attach a copy of the court's opinion or order, if available): n/a

    (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

    (4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

    (6) If your answer to Question (d)(4) is "Yes," state: n/a

    Name and location of the court where the appeal was filed: n/a

    Docket or case number (if you know): n/a

    Date of the court's decision: n/a

    Result (attach a copy of the court's opinion or order, if available): n/a

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

    n/a

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: n/a

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

no other grounds. n/a

(b) If you did not exhaust your state remedies on Ground Two, explain why:

n/a

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: n/a

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state: n/a

Type of motion or petition: n/a

Name and location of the court where the motion or petition was filed: n/a

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available): n/a

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No
(6) If your answer to Question (d)(4) is "Yes," state: n/a

Name and location of the court where the appeal was filed: n/a

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available): n/a

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
n/a

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

n/a

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

n/a

(b) If you did not exhaust your state remedies on Ground Three, explain why:

n/a

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

n/a

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state: n/a

Type of motion or petition: n/a

Name and location of the court where the motion or petition was filed:

n/a

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available): n/a

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No
(6) If your answer to Question (d)(4) is "Yes," state: n/a

Name and location of the court where the appeal was filed: n/a

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available): n/a

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

n/a

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

n/a

## GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

n/a

(b) If you did not exhaust your state remedies on Ground Four, explain why:

n/a

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

n/a

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state: n/a

Type of motion or petition: n/a

Name and location of the court where the motion or petition was filed:

n/a

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available):

n/a

(3) Did you receive a hearing on your motion or petition?   ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: n/a

Name and location of the court where the appeal was filed:

n/a

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available):

n/a

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

n/a

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

n/a

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Thats how it sues. You go to jail. serve time and leave. I did all except the leave part. Their not letting us go in this unit barely. My old attorney stated I was released on this case or charge already.

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
   Quanejha Cummings
   Arrest date 11/4/22   current date 2/12/23
   charge theft by taken (mm)   Columbus, gq jail

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   n/a

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: n/a

   (a) At preliminary hearing: n/a

   (b) At arraignment and plea: n/a

   (c) At trial: n/a

   (d) At sentencing: n/a

   (e) On appeal: n/a

   (f) In any post-conviction proceeding: n/a

   (g) On appeal from any ruling against you in a post-conviction proceeding: n/a

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes   ☑ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: n/a

   (b) Give the date the other sentence was imposed: n/a

   (c) Give the length of the other sentence: n/a

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 06/13)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

to be released from Columbus, GA jail. I have serve to my time for theft by taken (mm) charge. only have 1 arrest/1 charge here.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  2/12/23  (month, date, year).

Executed (signed) on  2/12/23  (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.