IN THE RECORDERS COURT OF CO... STATE OF GEORGIA

DISPOSITI...

STATE OF GEORGIA, versus

QUANNESHIA CUMMINGS

RC2022CR020093

OTN(S):

DOB: 12/25/1982

SO #: SO220001014

PERSON ID: 1644509

Transmit to ... State Court ___ Superior Court

HEARING DATES:

1st App: 11/8/22 Prelim: 11-16-22 Tr...

Case continued: Environ:

☐ Warrant(s) attached ☒ Warrantless arrest ☐ Ticket(s) attac...

☐ Bench trail ☐ Preliminary hearing waved

| GA Code | Charge Description | Plea | ...ion/Sentence | Bound Over | Fines & Add Ons |
|---|---|---|---|---|---|
| 16-8 2 | THEFT BY TAKING- MOTOR VEHICLE | G / NG | | SU / ST | |

Add Ons Due $

☒ Bond Conditions ☐ ... ...ee County ...

☐ Probation in Addition to General Conditions of Probation

B Lamphier EZ Role Auto Sales Stay Away

☐ Defendant appeared pro se (represented himself/herself)

☒ Defendant represented by the Honorable G. Lam Attorney at Law by: ☐ Employment ☒ Appointment

So Ordered this 16th day of November, 2022

Banned from Georgia

NOT TO ANNOY, HARASS, INTIMIDATE, OR GO TO PLACE OF EMPLOYMENT OR RESIDENCE, AS A CONDITION OF THE BOND.

Judge

Acknowledge: Defendant has received a copy of this Recorder's Court Disposition Form.

taken out of court

BE

Defendant

Attorney

Defendant agrees to terms

(seal)

Date Cert. , 20

Clerk of Recorders Court

[illegible]

So the Earth body is not busy [illegible]
Earth body det doing it +his time
7-8 mths
returned 4-7 mths

1. Shes Men ppl 2 [illegible]
2. doing to much damage to [illegible]
3. Forcing her to [illegible]
4. Causing 2 much harmful [illegible] body + continue her [illegible] she wanted to do [illegible]
5. I cant [illegible]

– I have terminally ill cancer [illegible] I have a few months to live, 7-8 mths most
– body very depressed [illegible]
– Ive more then serve my time for this charge and they ~~keep being~~ have ~~[illegible]~~ not ~~[illegible]~~ release me, ~~[illegible]~~
theft by taken ~~[illegible]~~ been here complete 3 months ~~[illegible]~~ for ~~[illegible]~~ 2-3 wks charge:
Please ~~[illegible]~~ send back a confirmation that [illegible] will be releasing me [illegible] this jail. ~~[illegible]~~ release date 11/16.

1-8 yrs [illegible]
this is [illegible]
1-8 yrs [illegible]

cant det [illegible] to kill + place
1-4 yr in lost [illegible] homes
5-6 yr – [illegible] it [illegible] – we [illegible]
6 yr – she cant [illegible] hosp for yr
7 yr – pregnant – stp [illegible] – she had baby
8 yr – she [illegible] he was kidnapped [illegible] arrested [illegible] times

| | | | |
|---|---|---|---|
| 10 mths Dec | Det Alexander | 1 dy | 2010 [illegible] 1 dy |
| [illegible] Sep 21 | Clayton | 1/2 mth | 2010 [illegible] 1 dy |
| [illegible] | [illegible] | 3 mth | 2007 [illegible] 1 dy |
| 2018 [illegible] | PC valdez | 1 wk | 2014 [illegible] 2 mths |
| 6 mth [illegible] | Bird VOP – hosp 2019 6/19 | 1/2 mth | 2014 Armed 2 1/2 mths |

– [illegible] as [illegible]
– those ppl gone
– [illegible] white [illegible]
– the amazing [illegible]
– the [illegible]
– this place revealed

[illegible]