## UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P.O. BOX 128
MACON, GEORGIA 31202-0128

**DAVID W. BUNT**
CLERK
PHONE: 478-752-3497
FAX: 478:752-3450
david_bunt@gamd.uscourts.gov

OFFICES

| | |
|---|---|
| ALBANY | (229) 430-8432 |
| ATHENS | (706) 227-1094 |
| COLUMBUS | (706) 649-7816 |
| MACON | (478) 752-3497 |
| VALDOSTA | (229) 242-3616 |

February 14, 2023

Quanesha Cumming
Muscogee County Jail
#220001014
700 E. 10th St.
Columbus, GA  31901

RE:   Recent Letter

Dear Ms. Cumming:

    I am in receipt of your recent letter sent to the court and addressed to "appointed counsel (any counsel)." Our records do not indicate that you have a case in our court. Your letter should be directed to the relevant court. I am unable to determine your intent in sending this information to us. If you are seeking relief from the court you should file a pleading.

Sincerely,

DAVID W. BUNT
CLERK